**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-20597** |
| **MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC** | ) | **CHAPTER 7** |
| **---------------------------------** | ) | **ADV. PRO. NO. 10-02042** |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **December 22, 2010** |
| **ADVANCED MEDICAL PERSONNEL SERVICES, INC** | ) | |
| **Defendant** | ) | |

**MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM**

TO THE HONORABLE, ALBERT S. DABROWSKI UNITED STATES BANKRUPTCY JUDGE:

1. Movant is the duly qualified and acting Trustee in this case.

2. The above-captioned Debtor filed a petition for relief pursuant to Chapter7 of the United States Bankruptcy Code on January 7, 2009.

3. During the course of the Trustee's administration of this corporate Chapter 7 bankruptcy proceeding, the Trustee has reviewed certain financial records which disclose significant payments to creditors during the ninety (90) day period immediately preceding the filing of the Debtor's Chapter 7 case, which payments may constitute avoidable and recoverable preference payments pursuant to the applicable provisions of the United States Bankruptcy Code.

4. The Trustee, during the course of his examination of the books and records of the Debtor, determined that Advanced Medical Personnel Services, Inc., as the recipient of the aggregate amount of Twenty Eight Thousand Nine Hundred Forty Five and 00/100 ($28,945.00) Dollars during the ninety (90) day period immediately preceding the filing of the Debtor's bankruptcy case by letter dated March 2, 2010 the Trustee made demand upon the President of Advanced Medical Personnel Services, Inc., for a turnover and recovery of such payments for the general benefit of unsecured creditors of the bankruptcy proceeding.

5. Movant has been offered the sum of Seven Thousand Four Hundred Seventy Two and 50/100 ($7,472.50) Dollars in full satisfaction and settlement of the Trustee's claims relative to these payments. Said payment shall be made in good and sufficient bank funds within fourteen (14) calendar days of the entry of the Order approving this compromise.

6. In addition to the cash payment referenced in paragraph 5 hereof, said Advanced Medical Personnel Services, LLC., shall be prohibited from making any claim in this proceeding pursuant to Section 502 (h), or otherwise, with respect to the settlement payment which is the subject matter of this Motion.

7. **ANY RELEASE OR DISCHARGE CONSEQUENT TO THE COMPROMISE OF CLAIM SHALL HAVE NO FORCE AND EFFECT UNLESS AND UNTIL THE ENTIRE SUM OF $7,472.50 IS PAID TO THE TRUSTEE IN GOOD AND SUFFICIENT BANK FUNDS. TIME IS OF THE ESSENCE**.

8. The Creditor has raised defenses to the claim of the Trustee and disputes all claims made by the Trustee. The Creditor has raised defenses such as ordinary course payments and new value to the claims of the Trustee.

9. Movant believes that the settlement is fair and reasonable and in the best interest of the estate and should be approved by the Court. The Movant has considered the probabilities of success, the complexity, expenses, inconvenience and delay of continued litigation, as well as the paramount interest of creditors in his deliberation.

10. The settlement amount offered would be an in full cash payment.

11. The United States Court of Appeals for the Second Circuit has held that a Bankruptcy Court should approve a proposed settlement, after an independent review and evaluation of the applicable principals of bankruptcy law, unless it "falls below the lowest point in range of reasonableness". Coss v. Rodman (In re W.T. Grant Co.), 699 F.2d 599 (2d Cir.) cert.denied, 464 U.S. 822 (1983) (citing Newman v. Stein, 464 F. 2d 689, 692 (2d Cir.). cert. denied, 409 U.S. 1039 (1972).

WHEREFORE, Movant prays that the Court make its Order pursuant to FBRCP 9019(a) approving the above described compromise.

Dated at Glastonbury, Connecticut this 22nd day of December, 2010.

Respectfully Submitted

/s/ John H. Grasso

John H. Grasso
Boscarino, Grasso & Twachtman, LLP
628 Hebron Avenue, Building Three
Glastonbury, CT 06033
Phone No. (860) 659-5657
Federal Bar No. ct03651

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-20597** |
| **MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC** | ) | **CHAPTER 7** |
| **----------------------------------** | ) | **ADV. PRO. NO. 10-02042** |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **ADVANCED MEDICAL PERSONNEL SERVICES, INC** | ) | |
| **Defendant** | ) | |

**PROPOSED ORDER RE: TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF CLAIM**

Upon the Trustee's Motion to Approve Compromise and Settlement of Claim filed by John H. Grasso, dated December 22, 2010, it is hereby:

ORDERED: That the estate may compromise the estate's claims against Advanced Medical Personnel Services, Inc., as specified in the Trustee's Motion to Approve Compromise for the lump sum payment of Seven Thousand Four Hundred Seventy Two and 50/100 ($7,472.50) Dollars and upon the further terms and conditions set forth in such Motion.

Dated at Hartford, Connecticut this day of January, 2011.

____________________________________
Albert S. Dabrowski

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-20597(asd)** |
| **MARATHON HEALTHCARE CENTER OF TORRINGTON, LLC** | ) | **CHAPTER 7** |
| **-----------------------------------** | ) | **ADV. PRO. NO. 10-02042** |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **ADVANCED MEDICAL PERSONNEL SERVICES, INC** | ) | **December 22, 2010** |
| **Defendant** | ) | |

**CERTIFICATION**

On this 22nd day of December, 2010 the Motion to Approve Compromise and a copy of the Proposed Order was filed electronically. Notice of this filing will be sent electronically to the following parties who will receive notice through the Court's CM/ECF:

Office of the U.S. Trustee at USTPRegion02.NH.ECF@USDOJ.GOV

pboatman@boatmanlaw.com

Dated at Glastonbury, Connecticut on December 22, 2010.

/s/ John H. Grasso
John H. Grasso
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Building Three
Glastonbury, CT 06033
(860) 659-5657 Telephone
Federal Bar No.: ct03651